# SCHEDULE A

| | Brand | Seller ID | Detailed Seller Info (if available) | Country | Platform(s) Incl. | Accused ASINs/Product IDs |
|---|---|---|---|---|---|---|
| 1 | ACCHAMP | ACCHAMP Store | ACCHAMP Store | PR China | Aliexpress | None listed |
| 2 | ADEBOLA | Adebola | guangzhoumiruimaoyiyouxiangongsi | PR China | Amazon & Ebay | B09P16SRCW |
| 3 | ANLIN | Anlin | Anlin | PR China | Temu | **Multiple Sizes** |
| 4 | ANOTHERA | Excellencees | Guangzhou Daqian Zhuoer Network Technology Co., Lt | PR China | Amazon | B0BFKKS5FP |
| | ANOTHERA | Excellencees | Guangzhou Daqian Zhuoer Network Technology Co., Lt | PR China | Amazon | B0BCWJ93GV |
| 5 | Atermiter | DealMuxCad | Guangzhou DiMuSi MaoYi YouXianGongSi | PR China | Amazon | B0B6VP1F6N |
| | Atermiter | DealMuxCad | Guangzhou DiMuSi MaoYi YouXianGongSi | PR China | Amazon | B0B71BY7FB |
| 6 | AUGSHY | AUGSHY US | hefeidilingdianzishangwuyouxiangongsi | PR China | Amazon | B0BFHQK871 |
| 7 | BEITABEI STORE | BEITABEI STORE | BEITABEI STORE | PR China | Aliexpress | **Multiple Sizes** |
| 8 | Betereap | Betereap | guangzhoushizaifuqichemaoyiyouxiangongsi | PR China | Amazon | B09Z6X7KFL |
| | Betereap | Betereap | guangzhoushizaifuqichemaoyiyouxiangongsi | PR China | Amazon | B09Z6WN5Y8 |
| | Betereap | Betereap | guangzhoushizaifuqichemaoyiyouxiangongsi | PR China | Amazon | B09Z6XKRBV |
| | Betereap | Betereap | guangzhoushizaifuqichemaoyiyouxiangongsi | PR China | Amazon | B09Z6XYTQ9 |
| 9 | BYJOGGER | Byersport | GongYiShiYunSunHaoShangMaoYouXianGongSi | PR China | Amazon | B0BBTKK5LK |
| | BYJOGGER | Byersport | GongYiShiYunSunHaoShangMaoYouXianGongSi | PR China | Amazon | B0BRTMB79X |
| | BYJOGGER | Byersport | GongYiShiYunSunHaoShangMaoYouXianGongSi | PR China | Amazon | B0BBTJ9QCC |
| | BYJOGGER | Byersport | GongYiShiYunSunHaoShangMaoYouXianGongSi | PR China | Amazon | B0BDCV6ZH3 |
| | BYJOGGER | Byersport | GongYiShiYunSunHaoShangMaoYouXianGongSi | PR China | Amazon | B0BBTHM9QB |
| | BYJOGGER | Byersport | GongYiShiYunSunHaoShangMaoYouXianGongSi | PR China | Amazon | B0BLXJJ4RX |
| 10 | CJGQ | CJGQ | Zhaoqing Gaoyao District Branch Metal Products Co., Ltd./Junyi Tan | PR China | Amazon | B0BCJTQ6PH |
| 11 | Cludoo | CLUDOO HOME | Cludoo Home/shenzhenshidinuojinkejiyouxiangongsi | PR China | Amazon | B0BM46KM76 |
| 12 | COMOSSIR | DEALMUXCAD | DW Technology/Shenzhenshidaiweikejiyouxiangongsi | PR China | Amazon | B0B288YY32 |
| 13 | COUALLEY | CUALLEY | guangzhoushiqingyuandianzishangwuyouxiangongsi | PR China | Amazon | B0B8J1FD83 |
| 14 | DCEROYIL | CEILIA | Ceilia/leshanjiaoxiangdianzishangwuyouxiangongsi | PR China | Amazon | B0BY8HZQHH |
| 15 | DERREK STORE | DERREK STORE | yan lei niao wang luo ke ji you xian gong si | PR China | Amazon | B0BMTRCWR9 |
| 16 | Doursloe | INTER-DEAL-BEST | Inter Deal Best/Yinfei (shanghai) Zhanlan Youxian Gongsi | PR China | Amazon | B0B8N4H47J |
| 17 | DUSPRO | DUSPRO | Phan Thi Thanh Huyen | Vietnam | Depot, Facebook, Duspro's | B09K3XPVGH |
| | DUSPRO | DUSPRO | Phan Thi Thanh Huyen | Vietnam | | B0B2NY1RMM |
| | DUSPRO | DUSPRO | Phan Thi Thanh Huyen | Vietnam | | B0BR6KN36B |
| | DUSPRO | DUSPRO | Phan Thi Thanh Huyen | Vietnam | | B09DP34NFW |
| | DUSPRO | DUSPRO | Phan Thi Thanh Huyen | Vietnam | | B0B1LG3GQ9 |
| | DUSPRO | DUSPRO | Phan Thi Thanh Huyen | Vietnam | | B0B2NWZ3LK |
| | DUSPRO | DUSPRO | Phan Thi Thanh Huyen | Vietnam | | B09NDRCYFC |
| | DUSPRO | DUSPRO | Phan Thi Thanh Huyen | Vietnam | | B0B2NV54NF |
| 18 | Edar Garden (Hangzhou EDAR Interna | Hangzhou EDAR International Co., Ltd. | | PR China | Alibaba | None listed |
| 19 | EDOLA | | | | Amazon | B0B12PD4HX |
| 20 | ehome Store | eHome | Shenzhen Shizhongzhen Trading Co Ltd. | PR China | Aliexpress | **Multiple Sizes** |
| 21 | EROCK | VishrockU | xianshixinchengquduenqunbaihuodian | PR China | Amazon | B0BR9ZC1LL |
| | EROCK | VishrockU | xianshixinchengquduenqunbaihuodian | PR China | Amazon | B0BZRZ1BF7 |

| | Brand | Seller ID | Detailed Seller Info (if available) | Country | Platform(s) Incl. | Accused ASINs/Product IDs |
|---|---|---|---|---|---|---|
| | EROCK | VishrockU | xianshixinchengqudenqunbaihuodian | PR China | Amazon | B0BR9YRR4J |
| 22 | Ezire | Ezire Direct | CHENGWEN TECHNOLOGY CO.,LIMITED | Hong Kong | Amazon | B0BKKJS3RM |
| 23 | FCHMY | ningshizhongdajid A28O6B7S2XECA4 | | PR China | Amazon | B0BC8ZZBKH |
| 24 | FGBNM | FGBNM | shenzhenshierlingererkejiyouxiangsi | PR China | Amazon | B0BFDPGZ36 |
| | FGBNM | FGBNM | shenzhenshierlingererkejiyouxiangsi | PR China | Amazon | B0BFDRK13Y |
| | FGBNM | FGBNM | shenzhenshierlingererkejiyouxiangsi | PR China | Amazon | B0BFDQY425 |
| 25 | Fynum | Fynum | MERT CAN ERLAT | Turkey | Amazon | B0BLW1M4XL |
| 26 | Gemormonee | Gemormonee | Changsha Zhouhang Technology Co.,LTD | PR China | Amazon | B0BN7J296C |
| 27 | GIHUNK | GIHUNK | ShenZhen LuckyCoast Technology Co.,Ltd | PR China | Amazon | B09BL48W8L |
| 28 | GLOOOB | | | | Amazon | B0BYMXFNJZ |
| 29 | GREDNFHAT | Hairuoze | shenzhenshihairuozemaoyiyouxiangsi | PR China | Amazon | B0BVDM2G9F |
| 30 | Gudoread | GODOREAD | shenzhenshimutaodianzishangwuyou xiangongsi | | Amazon | B0B6546T1F |
| 31 | HANAOYO | MXH DIRECT | maxiaohuo | PR China | Amazon | B0BX98J7ZQ |
| 32 | Hdviai | HdviaiUS | hongxiaohua | PR China | Amazon | B0BG6CSBQT |
| 33 | HIBORATEED | JIAXUN US | huizhoushijiaxunmaoyiyouxiangongsi/JIA XUN US | PR China | Amazon | B0BWK2FFG3 |
| 34 | Home Gallery | Home Gallery | Home Gallery | PR China | Aliexpress | None listed |
| 35 | homeyeco | HOMEY ECO US DI uYouXianGongSi | LianYuanShiJuYuHuanYangDianZiShangW | PR China | Amazon | B0BT283Z7G |
| 36 | HOMGATY | HOMEGATY ONLIN TECHNOLOGY CO., LIMITED | HONGKONG MEEDO ELECTRONIC | Hong Kong/PR China | Amazon | B0BHJ124HX |
| 37 | HOTROADTOH | THREE STEAMS US | hefeisanjuanshangmaoyouxiangongsi | PR China | Amazon | B0BB188MMD |
| 38 | HOXHA | Swviit | YANG SHENGWEI | PR China | Amazon | B09WTQXGYV |
| 39 | HUIPOLII | He-Thought Shop | shenzhenshiaoruisishangmaoyouxiangon gsi | PR China | Amazon | B0B723BQX4 |
| 40 | HYPERPIGGY | Wanshixin | quanzhouluojiangwanshixingxieyeyouxia ngongsi | PR China | Amazon | B0BXLH2W3K |
| 41 | IARTHAND | YIYUEYI | Huang Gang Ting Yuan Dian Zi Co. Ltd | PR China | Amazon | B0BR9VQV7V |
| 42 | JBAMBOOS | JBAMBOOS | Dongguan Jbamboos Technology Limited | PR China | Alibaba | **Multiple Sizes** |
| 43 | JC-JDFMY11 | jinchen trading inc | jinchen trading inc | PR China | Amazon | B0BX5MT265 |
| 44 | JJGOO | SIX PENCE | Shenzhen Six Pence Trading co. LTD | PR China | Amazon & Ebay | B0B5GGMZDB |
| | JJGOO | SIX PENCE | Shenzhen Six Pence Trading co. LTD | PR China | Amazon & Ebay | B0BLNB419J |
| | JJGOO | SIX PENCE | Shenzhen Six Pence Trading co. LTD | PR China | Amazon & Ebay | B0BLNCXBR9 |
| 45 | JNDJNFV | WILKTIGER | shenzhenzhihuhangdengshiyouxiangongs i | PR China | Amazon | B09QMF9WD5 |
| 46 | Joatfenr | Wenwink | dongguanshishengyuwangluokejiyouxian gongsi | PR China | Amazon | B0BDZJ1BXD |
| | Joatfenr | Wenwink | dongguanshishengyuwangluokejiyouxian gongsi | PR China | Amazon | B0BDZM8J5M |
| 47 | JUMANG | JUMANG | Jumang | PR China | Aliexpress | None listed |
| 48 | JUNCHONG | JUNCHONG US | ZhengZhouJunChongWangLuoKeJiYouXia nGongSi | PR China | Amazon | B0BHF11YDW |
| | JUNCHONG | JUNCHONG | ZhengZhouJunChongWangLuoKeJiYouXia nGongSi | PR China | Amazon | B0BHDY5NV8 |
| 49 | KENFARI | YR SHOPS | SHENZHENSHIYIBOTONGJINCHUKOUYOU XIANGONGSI | PR China | Amazon | B0BKSX91CD |
| 50 | Kerykwan | SUCH MIX LLC | Xiamen Such Mix Technology Co.,Ltd | PR China | Amazon | B0B4DFHYGQ |
| | Kerykwan | SUCH MIX LLC | Xiamen Such Mix Technology Co.,Ltd | PR China | Amazon | B0BD4K375J |
| | Kerykwan | SUCH MIX LLC | Xiamen Such Mix Technology Co.,Ltd | PR China | Amazon | B0B4DCBTN8 |
| | Kerykwan | SUCH MIX LLC | Xiamen Such Mix Technology Co.,Ltd | PR China | Amazon | B0BQM58CZM |
| | Kerykwan | SUCH MIX LLC | Xiamen Such Mix Technology Co.,Ltd | PR China | Amazon | B0BQM5XMC4 |
| | Kerykwan | SUCH MIX LLC | Xiamen Such Mix Technology Co.,Ltd | PR China | Amazon | B0BQM5FLVW |
| 51 | Kitchenware Store | Kitchenware Store | Kitchenware Store | PR China | Aliexpress | **Multiple Sizes** |
| 52 | KOKZIP | KOKZIP US | Xinxiangxinoushangmaoyouxiangongsi | PR China | Amazon | B0BX3T5JNN |
| 53 | Koralakiri | BLUE GRASS LLC | Blue Grass LLC | PR China | Walmart | None listed |
| 54 | Laidan | HUANYOU | guangzhouhuanyoukejiyouxiangongsi | PR China | Walmart | **Multiple Sizes** |
| 55 | LAZAMIT | HAITINA | chengdurunwushengjiuyeyouxiangongsi | PR China | Amazon | B0BLP4TV8L |

| | Brand | Seller ID | Detailed Seller Info (if available) | Country | Platform(s) Incl. | Accused ASINs/Product IDs |
|---|---|---|---|---|---|---|
| 56 | LMAIVE | MEILAIS | Meilais/shenzhenshimeilaimaoyiyouxian gongsi | PR China | Amazon | B09Z25MWVQ |
| | LMAIVE | MEILAIS | Meilais/shenzhenshimeilaimaoyiyouxian gongsi | PR China | Amazon | B09Z25YQ5T |
| | LMAIVE | MEILAIS | Meilais/shenzhenshimeilaimaoyiyouxian gongsi | PR China | Amazon | B0BBT3TRHX |
| | LMAIVE | MEILAIS | Meilais/shenzhenshimeilaimaoyiyouxian gongsi | PR China | Amazon | B0BJ6FRR53 |
| | LMAIVE | MEILAIS | Meilais/shenzhenshimeilaimaoyiyouxian gongsi | PR China | Amazon | B0BBT39MXR |
| | LMAIVE | MEILAIS | Meilais/shenzhenshimeilaimaoyiyouxian gongsi | PR China | Amazon | B0BJ667BSG |
| 57 | LONCHDAN | LONCHDAN | shenzhenshixurongmaoyiyouxiangongsi | PR China | Amazon | B0BWY2F7V2 |
| | LONCHDAN | LONCHDAN | shenzhenshixurongmaoyiyouxiangongsi | PR China | Amazon | B0BWY3RTNP |
| 58 | Lucky Home Store | Lucky Home Store | Guangzhou Xinneng Trading Co Ltd | | Aliexpress | **Multiple Sizes** |
| 59 | LUTER | YYREACH | yyreach/shenzhenshiyouyuemaoyiyouxia ngongsi | PR China | Amazon | B0BN7PNSDN |
| 60 | MACL | MACL STORE | Hefei MACL Information Technology Co,. Ltd | PR China | Amazon | B0BV9ZM383 |
| | MACL | MACL | Hefei MACL Information Technology Co,. Ltd | PR China | Amazon | B0BV9Z2F26 |
| 61 | MAIENBEI | MAIENBEI | Liantangbei Technology Co., Ltd. | PR China | Amazon | B09VGGQW4X |
| 62 | MULTIONS | Multions | Jinhuashijinxiangmaoyiyouxiangongsi | PR China | Amazon | B0B25ITL51 |
| | MULTIONS | Multions | Jinhuashijinxiangmaoyiyouxiangongsi | PR China | Amazon | B0B24YNT9S |
| | MULTIONS | Multions | Jinhuashijinxiangmaoyiyouxiangongsi | PR China | Amazon | B0B2519B59 |
| | MULTIONS | Multions | Jinhuashijinxiangmaoyiyouxiangongsi | PR China | Amazon | B0B24YZ6DQ |
| | MULTIONS | Multions | Jinhuashijinxiangmaoyiyouxiangongsi | PR China | Amazon | B0BP6NBYRS |
| 63 | MYSTERY | | | | Amazon | B09Q87WG38 |
| 64 | Nantala | Kunming Congyu | Kunming Congyu e-commerce Co., Ltd | PR China | Amazon | B0BM47MJCK |
| 65 | NEAGLORY | Swviit | YANG SHENGWEI | PR China | Amazon & Ebay | B0BP74S1KG |
| | NEAGLORY | Swviit | YANG SHENGWEI | PR China | Amazon & Ebay | B0BP6WH9T9 |
| 66 | NOMOY | | | | Amazon | B0BXWKCYTG |
| 67 | NXIEBFEK | XCBLShangMao | xuchangshibulunbaihuoshanghang | PR China | Amazon | B0BDCVPV7P |
| | NXIEBFEK | XCBLShangMao | xuchangshibulunbaihuoshanghang | PR China | Amazon | B0BDD4L2F7 |
| | NXIEBFEK | XCBLShangMao | xuchangshibulunbaihuoshanghang | PR China | Amazon | B0BDCXZCV9 |
| 68 | O-FarFarm | O-FARFARM | O-FarFarm/Guangzhou Hengying Leather Co., Ltd. | PR China | Amazon | B0BJQ5VRPQ |
| | O-FarFarm | O-FARFARM | O-FarFarm/Guangzhou Hengying Leather Co., Ltd. | PR China | Amazon | B0BJQ3TCFL |
| 69 | OTraki | Otraki Direct | Shen Zhen Qi Yu Ke Ji You Xian Gong Si | PR China | Amazon | B0BB5R4GP7 |
| 70 | OUBEST | Oubest | fuzhouheriliuhuidianzishangwuyouxiang ongsi | PR China | Amazon | B0BMDX2M2C |
| 71 | OUKANG | | | | Amazon | B0BDKQLKMF |
| 72 | PatioMatrix | WalkTrendy | Jie Pei | PR China | Amazon | B09XDV6JV7 |
| | PatioMatrix | WalkTrendy | Jie Pei | PR China | Amazon | B0BJV1F9VL |
| | PatioMatrix | WalkTrendy | Jie Pei | PR China | Amazon | B0BJTNSC1R |
| 73 | PEMOTech | PEMOTech US | ShenZhenQiNiSiErDianZiShangWuYouXia nGongSi | PR China | Amazon | B0BHP5796M |
| 74 | PETIARKIT | Belleta | YiWuShiHuanTuMaoYiYouXianGongSi | PR China | Amazon | B0BWTXCWHS |
| 75 | Phiderlan | Phiderlan Store | HUIZHOUSHISHUICAITIANKEJIYOUXIANG ONGSI | PR China | Amazon | B0BW9WTYPF |
| 76 | Pisol | Pisol | shenzhenshixiaozhuanshankejiyouxiango ngsi | PR China | Amazon | B0BCQZ69SP |
| | Pisol | Pisol | shenzhenshixiaozhuanshankejiyouxiango ngsi | PR China | Amazon | B0BCR1B7LX |
| | Pisol | Pisol | shenzhenshixiaozhuanshankejiyouxiango ngsi | PR China | Amazon | B0BPMJ9XTP |
| 77 | REMIAWY | REMIAWY | Putianshi chusheng maoyi Co.,Ltd | PR China | Amazon | B08YNGG1TW |
| 78 | Restaswork | Restawork Direct | guangzhoushihongxifuzhuangyouxiangon gsi | PR China | Amazon | B0BFCZF5GB |

| | Brand | Seller ID | Detailed Seller Info (if available) | Country | Platform(s) Incl. | Accused ASINs/Product IDs |
|---|---|---|---|---|---|---|
| 79 | ROADPLUM | Roadplum | nanchongshiguifudianzishangwuyouxian gongsi | PR China | Amazon | B0BF9RYQHF |
| | ROADPLUM | Roadplum | nanchongshiguifudianzishangwuyouxian gongsi | PR China | Amazon | B0BVVGPZ6H |
| 80 | ROCHIE | melloccy | shenzhenshixiangruimaoyiyouxiangongsi | PR China | Amazon | B0BBTFJM87 |
| | ROCHIE | melloccy | shenzhenshixiangruimaoyiyouxiangongsi | PR China | Amazon | B0BBTHBBRJ |
| 81 | RSSCIIIUL | Qinglin Shop | pu tian shi zhan nuo mao yi you xian gong si | PR China | Amazon | B0B367F7Q5 |
| | RSSCIIIUL | Qinglin Shop | pu tian shi zhan nuo mao yi you xian gong si | PR China | Amazon | B09PZXC6F6 |
| | RSSCIIIUL | Qinglin Shop | pu tian shi zhan nuo mao yi you xian gong si | PR China | Amazon | B09PZXCYJV |
| | RSSCIIIUL | Qinglin Shop | pu tian shi zhan nuo mao yi you xian gong si | PR China | Amazon | B0BPY3CFZN |
| | RSSCIIIUL | Qinglin Shop | pu tian shi zhan nuo mao yi you xian gong si | PR China | Amazon | B0BPY49G2W |
| 82 | RURTSVA | Yifeng Stroe | ningboyifengjinchukoumaoyiyouxianzere ngongsi | PR China | Amazon | B0BRMVZXYW |
| | RURTSVA | Yifeng Stroe | ningboyifengjinchukoumaoyiyouxianzere ngongsi | PR China | Amazon | B0C338TCCH |
| | RURTSVA | Yifeng Stroe | ningboyifengjinchukoumaoyiyouxianzere ngongsi | PR China | Amazon | B0C33CG68D |
| | RURTSVA | Yifeng Stroe | ningboyifengjinchukoumaoyiyouxianzere ngongsi | PR China | Amazon | B0C339JTML |
| 83 | seOSTO | seOSTO | Guangzhou Xituoci Dianzishangwu Youxiangongsi | PR China | Amazon | B0BR3LZQMC |
| 84 | SHIYU | Shiyu Store | Yiwu Shiyu Jewelry Co Ltd. | PR China | Aliexpress | **Multiple Sizes** |
| 85 | Sichuan | Sichuan | Sichuan Machinery Tools Import & Export Co., Ltd. | PR China | Alibaba | 1600584655487 |
| 86 | SOUPIAR | SOUPIAR DIRECT | ShenzhenBolongdianzishangwuyouxiang ongsi | PR China | Amazon | B0BPT794VQ |
| | SOUPIAR | SOUPIAR DIRECT | ShenzhenBolongdianzishangwuyouxiang ongsi | PR China | Amazon | B0BZL9N97C |
| 87 | SUEWIDFAY | shenzhenshipam eixun | shenzhenshipameixunwangluokejiyouxia ngongsi | PR China | Amazon | B0BQMFSPPN |
| | SUEWIDFAY | shenzhenshipam eixun | shenzhenshipameixunwangluokejiyouxia ngongsi | PR China | Amazon | B0BQMCVY4B |
| 88 | SunKrop | Sunkrop | Shen Zhen Shi Jin Wei Ke Ji You Xian Gong Si | PR China | Amazon | B0BMQ8DXM4 |
| | SunKrop | Sunkrop | Shen Zhen Shi Jin Wei Ke Ji You Xian Gong Si | PR China | Amazon | B0BMQ7HKW8 |
| 89 | SUNYAY | Sunyay | Hefei Yaozhong Guoji Maoyi Youxian Zeren Gongsi | PR China | Amazon | B09VQ37LDY |
| | SUNYAY | Sunyay | Hefei Yaozhong Guoji Maoyi Youxian Zeren Gongsi | PR China | Amazon | B09VSDXDYC |
| | SUNYAY | Sunyay | Hefei Yaozhong Guoji Maoyi Youxian Zeren Gongsi | PR China | Amazon | B09VQ165Y8 |
| 90 | SWEECOMB | TTMall | shenzhen shi xin chuang sheng shi ye you xian gong si | PR China | Amazon | B0BWTYXM3V |
| | SWEECOMB | TTMall | shenzhen shi xin chuang sheng shi ye you xian gong si | PR China | Amazon | B0BWTWX84W |
| | SWEECOMB | TTMall | shenzhen shi xin chuang sheng shi ye you xian gong si | PR China | Amazon | B0BWTX2CFL |
| | SWEECOMB | TTMall | shenzhen shi xin chuang sheng shi ye you xian gong si | PR China | Amazon | B0BWV17BL7 |
| 91 | TERWOK | UME Sports | guizhoutianyoudakejiyouxiangongsi | PR China | Amazon | B0B6B9138T |
| | TERWOK | UME Sports | guizhoutianyoudakejiyouxiangongsi | PR China | Amazon | B0B6B943V2 |
| 92 | ToBeHighest | ToBeHighest | Registered Alibaba Cloud Compu | Website | | **Multiple Sizes** |
| 93 | toys4u | happyboubleshop | Ka Wah Trading International Limited | Hong Kong | Amazon | B0BBFVKR1F |
| 94 | UELFBABY | szlzhsm | Shen Zhen Li Zhi Heng Shang Mao Co.ltd | PR China | Amazon | B0BKT462DS |
| 95 | Unves | Kitchen Part | Gang Shi | PR China | Amazon | B0BGNZMLCC |
| | Unves | Kitchen Part | Gang Shi | PR China | Amazon | B0BGNWSTDN |
| 96 | VILLPORT | Villport | shenzhenshituojikejiyouxiangongsi | PR China | Amazon | B0BWRH9F52 |

| | Brand | Seller ID | Detailed Seller Info (if available) | Country | Platform(s) Incl. | Accused ASINs/Product IDs |
|---|---|---|---|---|---|---|
| 97 | WHONLINE | WhOnline | Changzhou Yiwen Electronic Commerce Co., Ltd. | PR China | Amazon | B0BWCLTCVD |
| | WHONLINE | WhOnline | Changzhou Yiwen Electronic Commerce Co., Ltd. | PR China | Amazon | B0BWCP1F36 |
| | WHONLINE | WhOnline | Changzhou Yiwen Electronic Commerce Co., Ltd. | PR China | Amazon | B0BWCXHCXT |
| | WHONLINE | WhOnline | Changzhou Yiwen Electronic Commerce Co., Ltd. | PR China | Amazon | B0BXBRM1JW |
| | WHONLINE | WhOnline | Changzhou Yiwen Electronic Commerce Co., Ltd. | PR China | Amazon | B0BXBY8DCZ |
| 98 | Willstar Lqunlanl S | Willstar Lqunlanl S | Shanghai Lanqun Network Technology Co., Ltd | PR China | Aliexpress | None listed |
| 99 | WJIANG | WJiang | zhangrongrong | PR China | Amazon | B0BVTF7XD9 |
| | WJIANG | WJiang | zhangrongrong | PR China | Amazon | B0BVTMJM5V |
| | WJIANG | WJiang | zhangrongrong | PR China | Amazon | B0BVTHKMK6 |
| 100 | Wuhan Baowo | | Wuhan Baowo International Trade Co., Ltd. | PR China | Alibaba | None listed |
| 101 | YEALIR | Yealir Store | Shenzhen Maochen Technology Co., Ltd. | PR China | Amazon | B0BYMMBCYC |
| 102 | ZHIBEIYOU | GUNIUBAY Direct | Beijingzhonghuanjiuzhoujianzhugongche ngyouxiangong | PR China | Amazon | B0B9H752N8 |
| 103 | ZOEPAID | ZOEPAID Housewa | Hu Nan Yi Pai Wu Liu You Xian Gong Si | PR China | Amazon | B0BMLF1LMJ |
| | ZOEPAID | ZOEPAID Housewa | Hu Nan Yi Pai Wu Liu You Xian Gong Si | PR China | Amazon | B0BNG269PY |
| 104 | ZWCEGND | Bear bear station | suzhoushiguangzhidianzishangwuyouxian gongsi | PR China | Amazon | B0BGC1DQCH |