**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SIMPLY MOSSY ART INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 1:23-cv-06434-PAC |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ P. 41(a)(1)(A), plaintiff Simply Mossy Art Inc. dismisses without prejudice its claims against the defendant identified on Schedule A as Seller No. 31, maxiaohua.

Dated: 27 November 2023

Respectfully submitted,

RENNER OTTO

By: /s/ Kyle B. Fleming
KYLE B. FLEMING
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
kfleming@rennerotto.com
Telephone: 216.621.1113
Facsimile: 216.621.6165

Attorneys for plaintiff
Simply Mossy Art Inc.