UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMPLY MOSSY ART INC.,

        Plaintiff,

    -v-

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

        Defendants.

23-cv-06434 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On April 17, 2024, the Court issued an Order to show cause why this case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). *See* Dkt. 13. The Order directed plaintiff to respond by no later than May 1, 2024. To date, plaintiff has failed to make any submission in response to this Order. Accordingly, this case is hereby dismissed without prejudice against all defendants pursuant to Rule 4(m).

    SO ORDERED.

New York, NY
May 13, 2024

JED S. RAKOFF, U.S.D.J.

1